Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Qashime **WAGNER, PP# 878428,** Petitioner

v.

John **DELANEY, Respondent.**

No. 54 EM 2013.

Supreme Court of Pennsylvania.

June 17, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.

Allen **KELLY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Secretary of Corrections John E. Wetzel, SCI Camphill Superintendent Richard Southers, SCI Camphill Grievance Coordinator Michael Bell, SCI Camphill Mailroom Supervisor Tonya Heist, SCI Camphill Mailroom Clerk John Doe or Jane Doe, SCI Pine Grove Superintendent J. Barry Johnson, SCI Pine Grove Grievance Coordinator Judy Smith, SCI Pine Grove Deputy Superintendent Mark Grove, SCI Pine Grove Deputy Superintendent E.P. Bush, SCI Pine Grove Major M.J. Shirley, SCI Pine Grove Disciplinary Hearing Examiner, F. Nunez, SCI Pine Grove Business Manager Dennis Decker, SCI Pine Grove Mailroom Supervisor Carol Zbur, SCI Pine Grove Mailroom Clerk John Doe or Jane Doe, SCI Pine Grove Laundry Supervisor Joe Coslowe, SCI Pine Grove Culinary Food Service Manager Theresa Bearer, SCI Pine Grove School Principal Dunmyer, et al., Appellees.**

Supreme Court of Pennsylvania.

June 17, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is **AFFIRMED.**

John R. **MITCHELL, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

Fatin **ALKHAFAJI,** Administrator **C.T.A.** of the Estate of Abbass Alkhafaji, Deceased, Individually and as Natural Guardian of Her Minor Children, Appellant

v.

**TIAA–CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, Ahmed Alkhafaji, Alliah Alkhafaji and Sheameh Alkhafaji–Alduaiisi, Appellees.**

Fatin Alkhafaji, Administrator C.T.A. of the Estate of Abbass Alkhafaji, Deceased, Individually and as Natural Guardian of Her Minor Children, Appellant

v.

Tiaa–Cref Individual And Institutional Services, LLC, Ahmed Alkhafaji, Alliah Alkhafaji and Sheameh Alkhafaji–Alduaiisi, Appellees.

Supreme Court of Pennsylvania.

Argued April 11, 2012.

Decided June 17, 2013.

Theodore Anthony Saad, Esq., Frank G. Verterano, Esq., New Castle, Verterano & Manolis, for Alkhafaji, Fatin, Appellant in Case Nos. 38 WAP 2011, 39 WAP 2011.

Natalie Marie Ruschell, Esq., for Alkhafaji, Ahmed, Alkhafaji, Alliah, Alkhafaji–Alduaiisi, Sheameh, Appellees in Case Nos. 38 WAP 2011, 39 WAP 2011.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Court being evenly divided, the Order of the Superior Court is **AFFIRMED.**

Former Justice ORIE MELVIN did not participate in the decision of this case.

Justice SAYLOR files an opinion in support of affirmance in which Chief Justice CASTILLE joins.

Justice EAKIN files an opinion in support of affirmance in which Chief Justice CASTILLE joins.

Justice BAER files an opinion in support of reversal.

Justice TODD files an opinion in support of reversal in which Justices BAER and McCAFFERY join.

Justice SAYLOR, opinion in support of affirmance.

I agree with Mr. Justice Eakin that the Superior Court's order should be affirmed,